## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

v.                  Case No.  4:12-cr-00143-Dft. No. 3-KGB

JAMEEL L. LAWS                                               DEFENDANT

### ORDER AUTHORIZING ISSUANCE OF SUBPOENA

Pending before the Court is defendant Jameel L. Laws's motion for issuance of subpoena in a criminal case (Dkt. No. 193). The Court has considered the motion and finds that defendant's motion should be, and hereby is, granted.

It is hereby ordered that pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, a subpoena be issued:

(1)    TO:    Christopher Evans
              10 Pinewood Ct.
              Jacksonville, AR 72076

(2)    TO:    Medea Shepard
              4111 W. 7th Avenue
              Pine Bluff, AR 71603

As counsel for defendant has been appointed by the Court under 18 U.S.C. § 3006A, pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, the United States Marshal shall serve the accompanying subpoena free of costs.

SO ORDERED this 6th day of February, 2014.

_____
Kristine G. Baker
United States District Judge