**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                          **Case No.  4:12-cr-00143-Dft. No. 3-KGB**

**JAMEEL L. LAWS**                                                  **DEFENDANT**

<u>**ORDER AUTHORIZING ISSUANCE OF SUBPOENA**</u>

Pending before the Court is defendant Jameel L. Laws's motion for issuance of subpoena in a criminal case (Dkt. No. 193). The Court has considered the motion and finds that defendant's motion should be, and hereby is, granted.

It is hereby ordered that pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, a subpoena be issued:

(1)     TO:     Christopher Evans
                10 Pinewood Ct.
                Jacksonville, AR 72076

(2)     TO:     Medea Shepard
                4111 W. 7th Avenue
                Pine Bluff, AR 71603

As counsel for defendant has been appointed by the Court under 18 U.S.C. § 3006A, pursuant to Rule 17(b) of the Federal Rules of Criminal Procedure, the United States Marshal shall serve the accompanying subpoena free of costs.

SO ORDERED this 6th day of February, 2014.

Kristine G. Baker
United States District Judge